# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **DIECE-LISA INDUSTRIES, INC.,** | § § | |
| Plaintiff, | § § | Case No. 2:12-CV-00400-MHS |
| v. | § § | (Lead Case) |
| | § | Case No. 2:14-CV-00070-MHS |
| **DISNEY STORE USA, LLC; ET AL.** | § § | (Consolidated Case) |
| Defendants. | § | |

## AGREED MOTION TO STAY DEADLINES PENDING RULINGS

TO THE HONORABLE JUDGE:

DIECE-LISA INDUSTRIES, INC., Plaintiff, and DISNEY STORE, USA, LLC, DISNEY SHOPPING, INC., DISNEY ENTERPRISES, INC., and DISNEY CONSUMER PRODUCTS, INC., Defendants, hereby jointly move the Court to stay all deadlines under the current Second Amended Docket Control Order (Dkt. 235) until this Court has had opportunity to consider and rule on the matters submitted for its determination on November 30, 2017. Many if not all of the deadlines apply to matters which may be affected by the Court's rulings. Granting a stay will prevent unnecessary duplication and expense.

In addition to the Docket Control deadlines, Defendants have filed a Motion to Strike Amended Expert Reports (Dkt. 259). As the relief requested in that Motion is also tied in part to the Court's determination of the matters taken under submission on November 30, 2017, the deadline for Plaintiff's response to that Motion is also requested to be stayed pending the Court's rulings.

This motion is submitted in the interest of "the just, speedy, and inexpensive determination of every action and proceeding." Rule 1, Federal Rules of Civil Procedure.

**WHEREFORE**, the parties respectfully request a stay of the Docket Control Order and the response deadline.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/Richard L. Schwartz* | */s/ Robert N. Klieger by permission RLS* |
| Richard L. Schwartz | Robert N. Klieger |
| Texas Bar No. 17869500 | California Bar No. 192962 |
| rschwartz@whitakerchalk.com | rklieger@hueston.com |
| Thomas F. Harkins, Jr. | **HUESTON HENNIGAN LLP** |
| Texas Bar No. 09000990 | 523 West 6th Street, Suite 400 |
| tharkins@whitakerchalk.com | Los Angeles, CA 90014 |
| **WHITAKER CHALK SWINDLE** | (213) 788-4340 (telephone) |
| **  & SCHWARTZ PLLC** | (888) 775-0898 (facsimile) |
| 301 Commerce Street, Suite 3500 | Roy W. Hardin |
| Fort Worth, Texas 76102 | Texas Bar Number: 08968300 |
| Phone: (817) 878-0500 | rhardin@lockelord.com |
| Fax: (817) 878-0501 | Stephen D. Wilson |
| | Texas Bar Number: 24003187 |
| Elizabeth L. DeRieux | swilson@lockelord.com |
| Email: ederieux@capshawlaw.com | **LOCKE LORD LLP** |
| D. Jeffrey Rambin | 2200 Ross Avenue, Suite 2200 |
| Email: jrambin@capshawlaw.com | Dallas, Texas 75201-6776 |
| Capshaw DeRieux, LLP | (214) 740-8000 (telephone) |
| 114 E. Commerce Ave. | (214) 740-8800 (facsimile) |
| Gladewater, TX 75647 | |
| Tel: (903) 236-9800 | Otis Carroll |
| Fax: (903) 236-8787 | Texas Bar No. 03895700 |
| | nancy@icklaw.com |
| **ATTORNEYS FOR PLAINTIFF** | Deborah Race |
| **DIECE-LISA INDUSTRIES, INC.** | Texas Bar No. 16448700 |
| | drace@icklaw.com |
| | **IRELAND, CARROLL & KELLEY, P.C.** |
| | 6101 S. Broadway, Suite 500 |
| | Tyler, Texas 75703 |
| | (903) 561-1600 (telephone) |
| | (903) 581-1071 (facsimile) |
| | |
| | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF CONFERECE

  I hereby certify that on November 30, 2017, I have conferred with counsel for Defendants and this Motion is agreed.

             */s/Richard L. Schwartz*
             Richard L. Schwartz

## CERTIFICATE OF SERVICE

  I hereby certify that this Agreed Motion is being filed via the ECF procedures of this Court on this 1st day of December, 2017, and that all counsel of record are thereby being served herewith.

             */s/Richard L. Schwartz*
             Richard L. Schwartz