William A. Delgado (SBN 222666)
  wdelgado@dtolaw.com
Megan O'Neill (SBN 220147)
  moneill@dtolaw.com
DTO LAW
601 S. Figueroa Street, Suite 2130
Los Angeles, California 90017
Telephone: (213) 335-6999
Facsimile: (213) 335-7802

Richard L. Schwartz
  (*pro hac vice*)
  rschwartz@whitakerchalk.com
WHITAKER CHALK SWINDLE
& SCHWARTZ PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0524
Facsimile: (817) 878-0501

Attorneys for Plaintiff
DIECE-LISA INDUSTRIES, INC.

Robert N. Klieger (SBN 192962)
  rklieger@hueston.com
HUESTON HENNIGAN LLP
523 W. Sixth Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIECE-LISA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISNEY ENTERPRISES, INC., et al., <br><br> Defendants. | 2:20-CV-09147-TJH-JCx <br><br> Hon. Terry J. Hatter, Jr. <br><br> **JOINT STATUS REPORT** |

Pursuant to the August 30, 2023 Order (ECF No. 379), the parties hereby submit the following Joint Status Report.

## I. BACKGROUND

Plaintiff Diece-Lisa Industries, Inc. alleges Defendants[1] infringe Plaintiff's "Lots of Hugs" trademark. *See* Fifth Am. Compl., ECF No. 325.

On March 19, 2021, Defendants moved for summary judgment or adjudication ("Motion"). *See* ECF No. 332. On July 7, 2021, this Court granted the Motion, holding "the First Amendment bars [Plaintiff]'s trademark claim." ECF No. 357, at 6. Plaintiff appealed and on June 9, 2022, the Ninth Circuit affirmed. *See* ECF No. 373. Plaintiff then petitioned for certiorari. On June 20, 2023, the United States Supreme Court granted the petition, vacated the judgment of the Ninth Circuit, and remanded for further consideration in light of *Jack Daniel's Properties, Inc. v. VIP Products LLC*, 599 U.S. ___ (2023). *See* ECF No. 376.

On July 25, 2023, the Ninth Circuit ordered the parties to file supplemental briefing regarding the impact of *Jack Daniel's*. *See* ECF No. 377. After the parties submitted supplemental briefs, the Ninth Circuit remanded to this Court for further proceedings consistent with *Jack Daniel's*. *See* ECF No. 378.

---

[1] Defendants are Disney Store USA, LLC, Disney Shopping, Inc., Disney Enterprises, Inc., Disney Consumer Products, Inc., Buena Vista Home Entertainment, Inc., Walt Disney Studios Motion Pictures, Buena Vista Theatrical Group, Ltd., Disney Interactive Studios, Inc., Disney Licensed Publishing, Disney Book Group, LLC, Walt Disney Records, Disney Destinations, LLC, Walt Disney Parks & Resorts U.S., Inc., Magical Cruise Co., Ltd., and Magic Kingdom, Inc.

## II. PROPOSED NEXT STEPS

### A. Renewed Motion and Supplemental Briefing

The parties propose Defendants renew their Motion on the previously noticed grounds. The parties also propose they submit supplemental briefing solely on the issue of the impact of *Jack Daniel's* on the first ground of Defendants' Motion (whether Plaintiff's claims are barred by the First Amendment).

The parties propose the following briefing schedule:

1. Defendants shall submit a supplemental brief of no more than 15 pages in support of their Motion on or before October 23, 2023;

2. Plaintiff shall submit a supplemental brief of no more than 15 pages in support of its Opposition to the Motion on or before November 13, 2023; and

3. Defendants may submit a reply brief of no more than 5 pages on or before November 20, 2023.

### B. Expert Discovery

The parties propose the following supplemental expert discovery:

1. Defendants shall produce updated financial information on or before the date that is six months before trial;

2. Expert discovery shall reopen on or before the date that is six months before trial;

3. Plaintiff shall serve a supplemental expert report regarding damages within six weeks after the deadline for Defendants to produce updated financial information;

4. Defendants shall serve a rebuttal expert report regarding damages within four weeks after service of Plaintiff's supplemental expert report;

5. Expert depositions shall be completed within eight weeks after service of Plaintiff's supplemental expert report.

6. Except as set forth above, the parties shall not identify any new experts (replacement experts permitted) or supplement the reports and opinions that have previously been disclosed, except to potentially assess the impact of the *Jack Daniel's* decision.

### C. Trial

The parties propose that trial occur in November 2024, or as soon thereafter as possible according to the Court's calendar.

Respectfully submitted,

Dated:  October 3, 2023          DTO LAW

By: */s/ William A. Delgado*

Attorneys for Plaintiff
DIECE-LISA INDUSTRIES, INC.

Dated:  October 3, 2023          HUESTON HENNIGAN LLP

By: */s/ Robert N. Klieger*

Attorneys for Defendants

### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

The undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 3, 2023          */s/ William A. Delgado*

---

3
JOINT STATUS REPORT

249995.2