# Delgado Decl.
# Ex. B
## Elias Dep. Tr.

Diece-Lisa vs. Disney

8/21/2015                                              Lori Jill Elias

```
          UNITED STATES DISTRICT COURT

            EASTERN DISTRICT OF TEXAS

               MARSHALL DIVISION


DIECE-LISA INDUSTRIES, INC.,)
          Plaintiff,        )
                            )
     vs.                    ) Case No. 2:12-CV-00400-MHS
                            )
DISNEY STORE USA, LLC; and  )
DISNEY SHOPPING, INC.,      )
          Defendants.       )
                            )
DIECE-LISA INDUSTRIES, INC.,)
          Plaintiff,        )
                            )
     Vs.                    )
                            )
DISNEY ENTERPRISES, INC.,   ) Case No. 2:14-CV-00070-MHS
and DISNEY CONSUMER         )
PRODUCTS, INC.,             )
          Defendants.       )
                            )


          *****HIGHLY CONFIDENTIAL*****


                 DEPOSITION OF
                LORI JILL ELIAS


            Friday, August 21, 2015

                   9:27 a.m.



            300 South Grand Avenue
            SUITE 2600
            Los Angeles, California
```



HIGHLY CONFIDENTIAL                           ALPHA DEPO
                                              (888) 667-DEPO

Diece-Lisa vs. Disney
8/21/2015                                                  Lori Jill Elias

2

1  Deposition of LORI JILL ELIAS, called as a witness by
2  the Plaintiff, before WILLIE ANDERSON, JR., Certified
3  Shorthand Reporter Number 13385, for the State of
4  California, with principal office in the County of Los
5  Angeles, commencing at 9:27 a.m., Friday, August 21,
6  2015, at 300 South Grand Avenue, Los Angeles,
7  California.
8                           * * *
9  APPEARANCES:
10
11 For the Plaintiff DIECE-LISA INDUSTRIES, INC.
12      Whitaker, Chalk, Swindle & Schwartz, PLLC
        BY:  MR. RICHARD L. SCHWARTZ, ESQ.
13      301 Commerce Street
        Suite 3500
        Fort Worth, Texas 76102
14      (817) 878-0524
        rschwartz@whitakerchalk.com
15
16 For the Defendants DISNEY STORE USA, LLC; AND DISNEY
   SHOPPING, INC.:
17
        Hueston Hennigan, LLP
18      BY:  ROBERT N. KLIEGER, ESQ.
        523 West 6th Street
19      Suite 400
        Los Angeles, 90014
20      (213) 788-4310
        rklieger@hueston.com
21
   For the Defendants DISNEY STORE USA, LLC; AND DISNEY
22 SHOPPING, INC.:
23      The Walt Disney Company
        BY:  MR. JON Y. CHOW, ESQ.
24      500 South Buena Vista Street
        Burbank, California 91521-1495
25      (818) 560-1192
        jon.y.chow@disney.com

HIGHLY CONFIDENTIAL                                    ALPHA DEPO
                                                       (888) 667-DEPO

Diece-Lisa vs. Disney
8/21/2015                                                          Lori Jill Elias

                                                                            20

1  Q.       Okay.  And so in that sense, those retailers,
2  then, the ones that provide the digital product that's
3  downloaded, they then account to you for each of the
4  downloads that --
5  A.       Correct.
6  Q.       -- occurs?  Okay.
7  A.       They pay for each download.
8  Q.       All right.  But as I understood your answer,
9  Buena Vista Home Entertainment is responsible for
10 creating this entire product.
11          The packaging -- the CD or DVD that goes inside
12 the packaging, that's not something that's licensed to
13 other third parties to create or replicate for you?
14 A.       Correct.  We create that.  In terms of
15 replication, that's different.  We have a different
16 group that actually replicates the discs and puts them
17 in the package.
18 Q.       I see.
19          And is that part of Buena Vista Home
20 Entertainment?
21 A.       No.  They're under contract.
22 Q.       Okay.  So that's a third party that is under
23 contract to just, basically, put the digital image on
24 the disc?
25 A.       They're into manufacturing the product.

HIGHLY CONFIDENTIAL                                        ALPHA DEPO
                                                           (888) 667-DEPO

1  Q.      -- in?  Or who was the company that did the
2  printing for the packaging?
3  A.      I didn't purchase that, so I wouldn't know who
4  the company was.
5  Q.      Now, with respect to Buena Vista Home
6  Entertainment, perhaps I made some assumptions here, and
7  I just want to make sure that I'm correct in those
8  assumptions.
9          One, it's in the business of marketing DVDs and
10 Blu-rays; is that correct?
11 A.      Yes.
12 Q.      Okay.  And it has done that with respect to "Toy
13 Story 3"?
14 A.      Yes.
15 Q.      And that it's in the business of distributing
16 DVDs and Blu-rays?
17 A.      Yes.
18 Q.      And it did that with respect to "Toy Story 3"?
19 A.      Yes.
20 Q.      And is it in the business of selling DVDs and
21 Blu-rays?
22 A.      Yes.
23 Q.      And it has done that with respect to "Toy Story
24 3"?
25 A.      Yes.

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL                              ALPHA DEPO
                                                 (888) 667-DEPO

Diece-Lisa vs. Disney
8/21/2015                                                    Lori Jill Elias

65

1  A.      That's correct.
2  Q.      All right. So then the retailer decides what
3  the ultimate consumer price will be based upon whether
4  they think they can command a better price or not?
5  A.      They decide several things. It depends on how
6  much money they would like to make.
7  Q.      Right.
8  A.      Also, oftentimes these titles are used to drive
9  traffic into the store. So just like you see with
10 anything, they may -- what we call loss lead, which
11 means lower a price for a certain amount of time to get
12 traffic into stores in the hopes that consumers will put
13 more items in their market basket. So it's
14 just different things.
15 Q.      Now, directing your attention to Page 39.
16 A.      Yes.
17 Q.      Now, what is the purpose of there being
18 comparison with the four other movies -- "Up," "Wall-E"
19 "Ratatouille," "Cars"?
20 A.      Well, it helps to look at what actually happened
21 on a title to see how we measure up so that we can use
22 that as guidance as we move into a title that has yet to
23 release.
24 Q.      Okay. And at that time, those other four movies
25 had already been selling through; is that right?

HIGHLY CONFIDENTIAL                                    ALPHA DEPO
                                                    (888) 667-DEPO

Case 2:20-cv-09147-TJH-JC   Document 400-5   Filed 09/27/24   Page 7 of 7   Page ID #:2532

Diece-Lisa vs. Disney
8/21/2015                                                    Lori Jill Elias

90

1  STATE OF CALIFORNIA        )
2                             )  ss
3  COUNTY OF LOS ANGELES      )
4
5
6          I, WILLIE ANDERSON, JR., Certified Shorthand
7  Reporter qualified in and for the State of California,
8  do hereby certify:
9          That the foregoing transcript is a true and
10 correct transcription of my original stenographic notes.
11         I further certify that I am neither attorney
12 or counsel for nor related to or employed by any of the
13 parties to the action in which this proceeding was
14 taken; and furthermore, that I am not a relative or
15 employee of any attorney or counsel employed by the
16 parties hereto or financially interested in the action.
17         IN WITNESS WHEREOF, I have hereunto set my
18 hand this _____8th_____ day of __September__ 2015.
19
20
21
22                              _____
23                              WILLIE ANDERSON, JR.
                                CSR No. 13385
24
25

HIGHLY CONFIDENTIAL                                    ALPHA DEPO
                                                       (888) 667-DEPO