# Delgado Decl.
# Ex. C
## Gilliam Dep. Tr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

DIECE-LISA INDUSTRIES, INC.,  )
                              )
          Plaintiff,          )
                              )
     vs.                      )  Case No. 2:12-CV-00400-MHS
                              )
DISNEY STORE USA, LLC; and    )
DISNEY SHOPPING, INC.,        )
                              )
          Defendants.         )
_____)

\*\*\*\*\*HIGHLY CONFIDENTIAL\*\*\*\*\*

DEPOSITION OF
LYNNE GILLIAM

Friday, March 07, 2014

9:29 a.m.

300 South Grand Avenue
SUITE 2100
Los Angeles, California

ALPHA DEPO
(888) 667-DEPO



Diece-Lisa vs. Disney

3/7/2014                                                                Lynne Gilliam

```
                                                                          2
 1  Deposition of LYNNE GILLIAM, called as a witness by the
 2  Plaintiff, before WILLIE ANDERSON, JR., Certified
 3  Shorthand Reporter Number 13385, for the State of
 4  California, with principal office in the County of Los
 5  Angeles, commencing at 9:29 a.m., Friday, March 07,
 6  2014, at 300 South Grand Avenue, Los Angeles,
 7  California.
 8                              * * *
 9  APPEARANCES:
10
    FOR THE PLAINTIFF DIECE-LISA INDUSTRIES, INC.
11
        Whitaker, Chalk, Swindle & Schwartz, PLLC
12      BY:  MR. RICHARD L. SCHWARTZ, ESQ.
        301 Commerce Street
13      Suite 3500
        Fort Worth, Texas 76102
14      (817) 878-0524
        rschwartz@whitakerchalk.com
15
16  FOR THE DEFENDANTS DISNEY STORE USA, LLC; AND DISNEY
    SHOPPING, INC.:
17
        Locke Lord, LLP
18      BY:  MR. ROY W. HARDIN, ESQ.
        2200 Ross Avenue
19      Suite 2200
        Dallas, Texas 75201
20      (214) 740-8844
        rhardin@lockelord.com
21
    FOR THE DEFENDANTS DISNEY STORE USA, LLC; AND DISNEY
22  SHOPPING, INC.:
23      The Walt Disney Company
        BY:  MR. JON Y. CHOW, ESQ.
24      500 South Buena Vista Street
        Burbank, California 91521-1495
25      (818) 560-1192
        Jon.y.chow@disney.com
```



ALPHA DEPO
(888) 667-DEPO

Diece-Lisa vs. Disney

3/7/2014                                              Lynne Gilliam

40

1  Q.      And according to this document, then, these
2  branding guidelines needed to be released prior to the
3  movie release in order for product to come out
4  contemporaneous with the movie being released.
5          Is that generally the idea?
6  A.      Yes.
7  Q.      I notice that the date of release on Page 4 is
8  November of 2009.
9          So this is in anticipation of starting to
10 prepare product to be available in the stores at least
11 as of the time the movie is released.
12         Is that the idea?
13 A.      Yes.  It would be used, prior to the film coming
14 out, as the product is being developed prior to film
15 release.
16 Q.      And in looking at this same page, in the upper
17 left-hand corner, it says "Content Theatrical."  The
18 very first entry on the left is under SP.
19         Is that supposed to be spring of 2010?
20 A.      Yes.
21 Q.      And that's -- that's for advertisements that are
22 associated with the theatrical release of the movie?  Is
23 that your understanding of what that relates to?
24 A.      No.
25 Q.      That's the branding?  What does it relate to

ALPHA DEPO
(888) 667-DEPO

118

1  STATE OF CALIFORNIA        )
2                             )  ss
3  COUNTY OF LOS ANGELES      )
4
5  I, WILLIE ANDERSON, JR., Certified Shorthand Reporter
6  qualified in and for the State of California, do hereby
7  certify:
8  That the foregoing transcript is a true and correct
9  transcription of my original stenographic notes.
10 I further certify that I am neither attorney or counsel
11 for nor related to or employed by any of the parties to
12 the action in which this proceeding was taken; and
13 furthermore, that I am not a relative or employee of any
14 attorney or counsel employed by the parties hereto or
15 financially interested in the action.
16 IN WITNESS WHEREOF, I have hereunto set my hand this
17 24th  day of March  , 2014.
18
19
20
21                         _____
22                         WILLIE ANDERSON, JR.
                           CSR No. 13385
23
24
25

ALPHA DEPO
(888) 667-DEPO