# Delgado Decl.
# Ex. D
## McCollum Dep. Tr.

```
             UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF TEXAS

                  MARSHALL DIVISION


DIECE-LISA INDUSTRIES, INC.,)
          Plaintiff,        )
                            )
     vs.                    )  Case No. 2:12-CV-00400-MHS
                            )
DISNEY STORE USA, LLC; and  )
DISNEY SHOPPING, INC.,      )
          Defendants.       )
                            )
DIECE-LISA INDUSTRIES, INC.,)
          Plaintiff,        )
                            )
     Vs.                    )
                            )
DISNEY ENTERPRISES, INC.,   )  Case No. 2:14-CV-00070-MHS
and DISNEY CONSUMER         )
PRODUCTS, INC.,             )
          Defendants.       )
                            )


            *****HIGHLY CONFIDENTIAL*****


                   DEPOSITION OF
                 RYAN IVES MCCOLLUM


          Thursday, September 03, 2015

                    9:26 a.m.



              300 South Grand Avenue
              SUITE 2600
              Los Angeles, California
```

Diece-Lisa vs. Disney
9/3/2015                                                     Ryan Ives McCollum

                                                                              2

1  Deposition of RYAN IVES MCCOLLUM, called as a witness by
2  the Plaintiff, before WILLIE ANDERSON, JR., Certified
3  Shorthand Reporter Number 13385, for the State of
4  California, with principal office in the County of Los
5  Angeles, commencing at 9:26 a.m., Thursday, September
6  03, 2015 at 300 South Grand Avenue, Los Angeles,
7  California.
8                            *  *  *
9  APPEARANCES:
10
11 For the Plaintiff DIECE-LISA INDUSTRIES, INC.:
12         Whitaker, Chalk, Swindle & Schwartz, PLLC
           BY:  RICHARD L. SCHWARTZ, ESQ.
13         301 Commerce Street
           Suite 3500
14         Fort Worth, Texas 76102
           (817) 878-0524
15         rschwartz@whitakerchalk.com

16 For the Defendants DISNEY STORE USA, LLC; AND DISNEY
   SHOPPING, INC.:
17
           Hueston Hennigan, LLP
18         BY:  ROBERT N. KLIEGER, ESQ.
           523 West Sixth Street
19         Suite 400
           Los Angeles, 90014
20         (213) 788-4310
           rklieger@hueston.com
21
   For the Defendants DISNEY STORE USA, LLC; AND DISNEY
22 SHOPPING, INC.:
23         The Walt Disney Company
           BY:  JON Y. CHOW, ESQ.
24         500 South Buena Vista Street
           Burbank, California 91521-1495
25         (818) 560-1192
           Jon.y.chow@disney.com

HIGHLY CONFIDENTIAL                                           ALPHA DEPO
                                                           (888) 667-DEPO

Diece-Lisa vs. Disney
9/3/2015                                                              Ryan Ives McCollum

18

1  for is -- has a relationship with Disney Enterprises,
2  Incorporated or --
3  A.       I don't know specifically how that relationship
4  works.
5  Q.       -- with Disney -- Walt Disney Studios or any of
6  the other organizations within the Walt Disney empire?
7  A.       No.
8  Q.       Do you know who licenses Buena Vista Home
9  Entertainment to use the Disney characters and
10 trademarks that it uses?
11 A.       No.
12 Q.       Do you know whether or not Buena Vista Home
13 Entertainment licenses others to use Disney characters
14 and trademarks?
15 A.       I don't know.
16 Q.       Now, how would you characterize the business of
17 Buena Vista Home Entertainment?
18 A.       Selling and renting movies.
19 Q.       And do you know how Buena Vista Home
20 Entertainment goes about selling and renting movies?
21 A.       Yes.
22 Q.       How does it do that?  How does it go about
23 selling and renting movies?  We can break it up.
24          Fist, let's focus on sales.  How does it go
25 about selling movies?

Diece-Lisa vs. Disney
9/3/2015                                                    Ryan Ives McCollum

```
                                                              20
 1  A.      Yes.
 2  Q.      Any other rentals that you can think of?
 3  A.      No.
 4  Q.      Is Buena Vista Home Entertainment involved in
 5  providing goods for sale through other Disney entities
 6  like Disney Stores or Disney Theme Parks?
 7  A.      Yes.
 8  Q.      Where does that fall in the scheme of your
 9  testimony here?  Did I miss it or?
10  A.      Selling a physical movie to -- to them --
11  Q.      Okay.  And so you --
12  A.      -- like your example of Walmart.
13  Q.      Oh, I see.
14          Okay.  So it falls in the category of a retailer
15  in your mind?
16  A.      Yes.
17  Q.      Okay.  But the difference is that this retailer
18  is through the Disney umbrella?
19  A.      Yes.
20  Q.      So how many different Disney umbrella areas do
21  you provide, you know, DVDs or Blu-rays to?
22  A.      I don't know the exact number.
23  Q.      Okay.  Can you think of some?  Like, there's
24  like the Disney Store.  That's one.
25  A.      Disney Store is one.
```

Case 2:20-cv-09147-TJH-JC   Document 400-7   Filed 09/27/24   Page 6 of 6   Page ID #:2543

Diece-Lisa vs. Disney
9/3/2015                                                              Ryan Ives McCollum

```
                                                                  51
 1  STATE OF CALIFORNIA       )
 2                            )    ss
 3  COUNTY OF LOS ANGELES     )
 4
 5
 6        I, WILLIE ANDERSON, JR., Certified Shorthand
 7  Reporter qualified in and for the State of California,
 8  do hereby certify:
 9        That the foregoing transcript is a true and
10  correct transcription of my original stenographic notes.
11        I further certify that I am neither attorney
12  or counsel for nor related to or employed by any of the
13  parties to the action in which this proceeding was
14  taken; and furthermore, that I am not a relative or
15  employee of any attorney or counsel employed by the
16  parties hereto or financially interested in the action.
17        IN WITNESS WHEREOF, I have hereunto set my
18  hand this _____ day of _____, 2015.
19
20
21
22                                 _____
23                                 WILLIE ANDERSON, JR.
                                   CSR No. 13385.
24
25
```