# Delgado Decl.
# Ex. E
## B. Wilson Dep. Tr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| DIECE-LISA INDUSTRIES, INC., ) <br> Plaintiff, ) <br> v. ) <br> DISNEY STORE USA, LLC; and ) <br> DISNEY SHOPPING, INC. ) <br> Defendants. ) <br> ) <br> DIECE-LISA INDUSTRIES, INC., ) <br> Plaintiff, ) <br> v. ) <br> DISNEY ENTERPRISES, INC., ) <br> and DISNEY CONSUMER ) <br> PRODUCTS, INC., ) <br> Defendants. ) <br> ) | Case No. 2:12-CV-00400-MHS <br> (Lead Case) <br><br><br> Case No. 2:14-CV-00070-MHS <br> (Consolidated with Lead Case) |

*****HIGHLY CONFIDENTIAL*****

ATTORNEYS EYES ONLY

DEPOSITION OF
BETH WILSON

Friday, November 20, 2015

7:57 a.m.

523 West 6th Street
Suite 400
Los Angeles, California



HIGHLY CONFIDENTIAL

ALPHA DEPO
(888) 667-DEPO

2

1  Deposition of BETH WILSON, called as a witness by the
2  Plaintiff, before WILLIE ANDERSON, JR., Certified Shorthand
3  Reporter Number 13385, for the State of California, with
4  principal office in the County of Los Angeles, commencing at
5  7:57 a.m., Friday, November 20, 2015, at 523 West 6th
6  Street, Los Angeles, California.
7                              * * *
8  APPEARANCES:
9
   For the Plaintiff DIECE-LISA INDUSTRIES, INC.:
10
            WHITAKER, CHALK, SWINDLE & SCHWARTZ, PLLC
11          BY:  RICHARD L. SCHWARTZ, ESQ.
            301 Commerce Street
12          Suite 3500
            Fort Worth, California 76102
13          (817) 878-0524
            rschwartz@whitakerchalk.com
14
15 For the Defendants DISNEY STORE USA, LLC; AND DISNEY
   SHOPPING, INC.:
16
            HUESTON HENNIGAN, LLP
17          BY:  ROBERT N. KLIEGER, ESQ.
            523 West 6th Street
18          Suite 400
            Los Angeles, California 90014
19          (888) 775-0898
            rklieger@hueston.com
20
   For the Defendants DISNEY STORE USA, LLC; AND DISNEY
21 SHOPPING, INC.
22          THE WALT DISNEY COMPANY
            BY:  JON Y. CHOW, ESQ.
23          500 South Buena Vista Street
            Burbank, California 91521-1495
24          (818) 560-1192
            jon.y.chow@disney.com
25

1   50 percent of the rights?  That's the kind of question.
2           Is there someone on par with DEI in terms of
3   licensing rights?
4   A.      No.
5   Q.      Okay.  So DEI is -- is the -- is the source
6   where all those rights, that have been acquired from
7   PIXAR, become licensed downstream?
8   A.      Correct.
9   Q.      That's -- okay.
10  A.      Okay.
11  Q.      So now we're on -- we're on the same page.
12          Now, I understand, that amongst others, DEI
13  licenses Disney Consumer Products, Inc., and that Disney
14  Consumer Products, Inc. then licenses a whole --
15  A.      Yes.
16  Q.      -- host of other --
17  A.      Correct.
18  Q.      -- folks; right?
19  A.      Yes.
20  Q.      All right.  And so, to the extent that there's
21  other Disney entities that are licensed to use "Toy
22  Story 3" rights, all of those rights would flow from DEI
23  to that entity --
24  A.      Yes.
25  Q.      -- if they were to exist?

Case 2:20-cv-09147-TJH-JC  Document 400-8  Filed 09/27/24  Page 5 of 8  Page ID #:2548

Diece-Lisa vs. Disney
11/20/2015                                                    Beth Wilson

45

1  that is not done by Disney Consumer Products, Inc.  That
2  would be done by Buena Vista Home Entertainment.
3  Q.      Okay.  And how does Buena Vista Home
4  Entertainment get those rights to license downstream?
5  A.      I believe from DEI.
6  Q.      Okay.  So then it goes from DEI to Buena Vista
7  Home Entertainment, and then from them out to the
8  various licensees?
9  A.      Yeah.  I didn't review.  It's -- it's -- I
10 didn't review a document.
11 Q.      That -- that said that?
12 A.      (Nods.)
13 Q.      Okay.  You can understand my confusion.  There's
14 a lot of different entities, and I'm just trying to sort
15 out how this all flows, and it's -- it's not been
16 intuitively obvious for us.
17         MR. KLEIGER:  We've been going for a little over
18 an hour.
19         You want to take a couple of minutes.
20         MR. SCHWARTZ:  Sure.
21         (Whereupon a brief recess was taken.)
22         MR. SCHWARTZ:  Willie, let's mark this next
23 number as 452.
24         Ms. Wilson, directing your attention to a
25 document that's been marked as Exhibit 452.

HIGHLY CONFIDENTIAL

Diece-Lisa vs. Disney
11/20/2015                                              Beth Wilson

84

1  certain of the amends and extensions were put in place,
2  a bit involved.
3  Q.     Okay.  Now, to the extent that some of these
4  entities are involved in licenses where the fees are
5  either nominal or where there is no royalty.
6         Is that basically a recognition of the value of
7  having their particular intellectual property rights as
8  part of the "Toy Story 3" movie?
9  A.     Yes.  It was based on negotiations.
10 Q.     So, I mean, if I'm trying to introduce -- for
11 example, if I'm trying to introduce Ken and Barbie to a
12 whole new generation of kids, what better way to do it
13 then to do it with a "Toy Story 3" movie?
14 A.     Right.
15 Q.     That's the argument; correct?
16 A.     (Nods.)
17 Q.     And in effect, the animated movie creates
18 100-minute plus advertisement for whichever toys are put
19 in that frame of the animated movie?
20        MR. KLEIGER:  Objection.  Form.
21 BY MR. SCHWARTZ:
22 Q.     But you understand what I'm saying?  I mean, is
23 that a general understanding that you have?
24 A.     That -- that there would be awareness of Ken and
25 Barbie from having appeared in the film?

HIGHLY CONFIDENTIAL                                ALPHA DEPO
                                                   (888) 667-DEPO

Diece-Lisa vs. Disney
11/20/2015                                                    Beth Wilson

85

1  Q.    Yes.
2  A.    Yes.
3  Q.    And that that has value to that manufacturers
4  toys and perhaps in increasing sales of that
5  manufacturers toys.
6  A.    It could, yes.
7  Q.    Okay. Now, with respect to those inbound
8  licenses, there's a series of these licenses, and I'll
9  just hand you this grouping of deposition Exhibits 210
10 to 217 and ask if this is the group of inbound licenses
11 that you were referring to from Hasbro to DEI?
12 A.    Yes.
13 Q.    And these license agreements with Hasbro all are
14 specific to "Toy Story 3" -- strike that.
15       To the "Toy Story Movie," I think in some cases
16 they started with some earlier movies, and they were
17 amended to comprehend the "Toy Story 3."
18       Is that your understanding?
19 A.    Yes.
20 Q.    I'll hand you --
21       MR. KLEIGER: She has her hand out first.
22 BY MR. SCHWARTZ:
23 Q.    I'll hand you another grouping of exhibits --
24 Exhibits 218 through 224 -- and ask if this is the
25 series of inbound licenses to DEI from Mattel?

HIGHLY CONFIDENTIAL                              ALPHA DEPO
                                                 (888) 667-DEPO

HIGHLY CONFIDENTIAL

Case 2:20-cv-09147-TJH-JC   Document 400-8   Filed 09/27/24   Page 8 of 8   Page ID #:2551

11/20/2015   Diece-Lisa vs. Disney   Beth Wilson

136

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I, WILLIE ANDERSON, JR., Certified Shorthand Reporter qualified in and for the State of California, do hereby certify:

That the foregoing transcript is a true and correct transcription of my original stenographic notes.

I further certify that I am neither attorney or counsel for nor related to or employed by any of the parties to the action in which this proceeding was taken; and furthermore, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand this ___8th___ day of __December__, 2015.

WILLIE ANDERSON, JR.
CSR No. 13385

HIGHLY CONFIDENTIAL