# Delgado Decl.
# Ex. F
## T. Wilson Dep. Tr.

11/20/2015     Diece-Lisa vs. Disney     Tracy Wilson

**CONFIDENTIAL**

```
          IN THE UNITED STATES DISTRICT COURT

           FOR THE EASTERN DISTRICT OF TEXAS

                    MARSHALL DIVISION


DIECE-LISA INDUSTRIES, INC.,)
     Plaintiff,             )
v.                          )
DISNEY STORE USA, LLC; and  ) Case No. 2:12-CV-00400-MHS
DISNEY SHOPPING, INC.       )
Defendants.                 ) (Lead Case)
                            )
DIECE-LISA INDUSTRIES, INC.,)
     Plaintiff,             )
v.                          ) Case No. 2:14-CV-00070-MHS
DISNEY ENTERPRISES, INC.,   )
and DISNEY CONSUMER         )(Consolidated with Lead Case)
PRODUCTS, INC.,             )
     Defendants.            )


                *****HIGHLY CONFIDENTIAL*****



                      DEPOSITION OF
                      TRACY WILSON


                Friday, November 20, 2015

                       2:16 p.m.



                  523 West 6th Street
                  Suite 400
                  Los Angeles, California
```



Case 2:20-cv-09147-TJH-JC   Document 400-9   Filed 09/27/24   Page 3 of 6   Page ID #:2554

Diece-Lisa vs. Disney
11/20/2015                                                   Tracy Wilson

```
                                                              2
 1  Deposition of TRACY WILSON, called as a witness by the
 2  Plaintiff, before WILLIE ANDERSON, JR., Certified Shorthand
 3  Reporter Number 13385, for the State of California, with
 4  principal office in the County of Los Angeles, commencing at
 5  2:16 p.m., Friday, November 20, 2015, at 523 West 6th
 6  Street, Los Angeles, California.
 7                          *  *  *
 8  APPEARANCES:
 9
    For the Plaintiff DIECE-LISA INDUSTRIES, INC.:
10
        WHITAKER, CHALK, SWINDLE & SCHWARTZ, PLLC
11      BY:  RICHARD L. SCHWARTZ, ESQ.
        301 Commerce Street
12      Suite 3500
        Fort Worth, Texas 76102
13      (817) 878-0524
        rschwartz@whitakerchalk.com
14
15  For the Defendants DISNEY STORE USA, LLC; AND DISNEY
    SHOPPING, INC.:
16
        HUESTON HENNIGAN, LLP
17      BY:  ROBERT N. KLIEGER, ESQ.
        523 West 6th Street
18      Suite 400
        Los Angeles, California 90014
19      (888) 775-0898
        rklieger@hueston.com
20
    For the Defendants DISNEY STORE USA, LLC; AND DISNEY
21  SHOPPING, INC.
22      THE WALT DISNEY COMPANY
        BY:  JON Y. CHOW, ESQ.
23      500 South Buena Vista Street
        Burbank, California 91521-1495
24      (818) 560-1192
        jon.y.chow@disney.com
25
```

Case 2:20-cv-09147-TJH-JC   Document 400-9   Filed 09/27/24   Page 4 of 6   Page ID
#:2555

Diece-Lisa vs. Disney
11/20/2015                                                    Tracy Wilson

20

1  Q.      That's what I've read, and that's --
2  A.      Um-hum.
3  Q.      So for the benefit of the jury, what that means,
4  for every dollar that is taken in at the box office, the
5  exhibitor or the theater, where you go see the movie,
6  they keep, roughly, .█ of every dollar, and █ cents
7  -- the remaining $.█ gets sent back to Walt Disney
8  Studios Motion Pictures?
9  A.      That's correct.
10 Q.      All right.  Now, when Walt Disney Studios Motion
11 Pictures receives this money back, does it either pay,
12 or is there some general ledger, accounting function,
13 with any other Disney entity as a result of the receipts
14 of those funds?
15 A.      Well, the revenue -- the revenue comes back and
16 is reported as part of the theatrical distribution
17 revenue.
18 Q.      All right.
19 A.      So it stays within the studio.
20 Q.      Now, the rights to distribute and receive funds
21 for these films, is that a right that's licensed to you
22 by Disney Enterprises, Inc.?
23 A.      No.
24 Q.      Okay.  A number of the other Disney entities
25 have responsibilities to pay certain amounts of license

Case 2:20-cv-09147-TJH-JC   Document 400-9   Filed 09/27/24   Page 5 of 6   Page ID #:2556

Diece-Lisa vs. Disney
11/20/2015                                                         Tracy Wilson

42

1 portrayed?
2 A.     No.  We create the trailers.
3 Q.     Oh, you create the trailers?  Okay.
4        Does the film have to be completed before a
5 trailer is created?
6 A.     No.
7 Q.     So you actually get parts of the film that have
8 been completed, in advance of a completed film, so that
9 you can create a trailer?
10 A.    That's correct.
11 Q.    Does Walt Disney Studios Motion Pictures ever do
12 any kind of clearance searches as to the content of any
13 of the movies that it distributes?
14 A.    "Clearance searches"?
15 Q.    Yes.  Like checking names of characters so that
16 it's okay to be distributed?
17 A.    No, we do not.
18 Q.    That's beyond the scope of anything that you
19 would do?
20 A.    I don't, but --
21 Q.    Or the company would do?
22 A.    We don't, yeah.  Motion pictures doesn't.
23 Q.    Did motion pictures have any prior knowledge of
24 the plaintiff in this case, Diece-Lisa Industries,
25 before the release of the film?

HIGHLY CONFIDENTIAL

Case 2:20-cv-09147-TJH-JC   Document 400-9   Filed 09/27/24   Page 6 of 6   Page ID #:2557

Diece-Lisa vs. Disney
11/20/2015                                          Tracy Wilson

```
                                                        45
1    STATE OF CALIFORNIA      )
2                             )  ss
3    COUNTY OF LOS ANGELES    )
4
5
6         I, WILLIE ANDERSON, JR., Certified Shorthand
7    Reporter qualified in and for the State of California,
8    do hereby certify:
9         That the foregoing transcript is a true and
10   correct transcription of my original stenographic notes.
11        I further certify that I am neither attorney
12   or counsel for nor related to or employed by any of the
13   parties to the action in which this proceeding was
14   taken; and furthermore, that I am not a relative or
15   employee of any attorney or counsel employed by the
16   parties hereto or financially interested in the action.
17        IN WITNESS WHEREOF, I have hereunto set my
18   hand this ___8th___ day of __December__, 2015.
19
20
21
22
23                         WILLIE ANDERSON, JR.
                           CSR No. 13385
24
25
```

HIGHLY CONFIDENTIAL                              ALPHA DEPO
                                                 (888) 667-DEPO