# Delgado Decl.
# Ex. G

## ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL