UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIECE-LISA INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISNEY ENTERPRISES, INC., et al.,<br><br>Defendants. | 2:20-CV-09147-TJH-JCx<br>Hon. Terry J. Hatter, Jr.<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS WALT DISNEY STUDIOS MOTION PICTURES AND BUENA VISTA HOME ENTERTAINMENT, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Courtroom: 9C<br>Date: Oct. 28, 2024<br>Time: UNDER SUBMISSION |

1   Before the Court is Defendants Walt Disney Studios Motion Pictures and
2  Buena Vista Home Entertainment, Inc.'s Motion for Partial Summary Judgment
3  (the "Motion").  The Court, having considered the Motion, and all papers and
4  arguments in support and opposition, hereby DENIES the Motion.
5
6
7  Dated: _____          _____
8                                        Hon. Terry J. Hatter, Jr.
                                          Senior United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28