1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIECE-LISA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISNEY ENTERPRISES, INC., et al., <br><br> Defendants. | 2:20-CV-09147-TJH-JCx <br> Hon. Terry J. Hatter, Jr. <br><br> **[PROPOSED] ORDER SUSTAINING PLAINTIFF DIECE-LISA INDUSTRIES, INC.'S EVIDENTIARY OBJECTIONS TO DEFENDANTS WALT DISNEY STUDIOS MOTION PICTURES AND BUENA VISTA HOME ENTERTAINMENT, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Courtroom: 9C <br> Date: October 28, 2024 <br> Time: UNDER SUBMISSION |

25
26
27
28

Before the Court is Plaintiff Diece-Lisa Industries, Inc.'s Evidentiary Objections to Defendants Walt Disney Studios Motion Pictures and Buena Vista Home Entertainment, Inc.'s Motion for Partial Summary Judgment ("Objections"). The Court, having considered the Objections and all papers and arguments in support and opposition, and good cause appearing therefor, hereby rules as follows:

## I.    KALAVSKY DECLARATION

| Testimony | Objection | Ruling |
|---|---|---|
| 1. Kalavsky Decl. ¶ 2. | Failure to disclose. *See* Fed. R. Civ. Proc. 37(c); General Objections. | Sustained: _____ <br><br> Overruled: _____ |
| 2. Kalavsky Decl. ¶ 3. | Failure to disclose. *See* Fed. R. Civ. Proc. 37(c); General Objections. | Sustained: _____ <br><br> Overruled: _____ |
| 3. Kalavsky Decl. ¶ 4. | Failure to disclose. *See* Fed. R. Civ. Proc. 37(c); General Objections. | Sustained: _____ <br><br> Overruled: _____ |

## II.    LOURIE DECLARATION

| Testimony | Objection | Ruling |
|---|---|---|
| 4. Lourie Decl. ¶ 2 | Failure to disclose. *See* Fed. R. Civ. Proc. 37(c); General Objections. | Sustained: _____ <br><br> Overruled: _____ |

[PROPOSED] ORDER SUSTAINING PLAINTIFF'S EVIDENTIARY OBJECTIONS

273257.1

| Testimony | Objection | Ruling |
|---|---|---|
| 5.  Lourie Decl. ¶ 3. | Failure to disclose.  *See* Fed. R. Civ. Proc. 37(c); General Objections. | Sustained: _____<br><br>Overruled: _____ |
| 6.  Lourie Decl. ¶ 4. | Failure to disclose.  *See* Fed. R. Civ. Proc. 37(c); General Objections. | Sustained: _____<br><br>Overruled: _____ |

IT IS SO ORDERED.


Dated:  _____          _____
                                     Honorable Terry J. Hatter, Jr.
                                     United States District Judge

[PROPOSED] ORDER SUSTAINING PLAINTIFF'S EVIDENTIARY OBJECTIONS

273257.1