William A. Delgado (SBN 222666)
  wdelgado@dtolaw.com
Megan O'Neill (SBN 220147)
  moneill@dtolaw.com
DTO LAW
915 Wilshire Boulevard, Suite 1950
Los Angeles, California 90017
Telephone: (213) 335-6999
Facsimile: (213) 335-7802

Richard L. Schwartz (*pro hac vice*)
  rschwartz@whitakerchalk.com
WHITAKER CHALK SWINDLE
& SCHWARTZ PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0524
Facsimile: (817) 878-0501

Attorneys for Plaintiff
DIECE-LISA INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIECE-LISA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISNEY ENTERPRISES, INC., et al., <br><br> Defendants. | 2:20-CV-09147-TJH-JCx <br> Hon. Terry J. Hatter, Jr. <br><br> **PLAINTIFF DIECE-LISA INDUSTRIES, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS WALT DISNEY STUDIOS MOTION PICTURES AND BUENA VISTA HOME ENTERTAINMENT, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND, ALTERNATIVELY, RULE 56(d) REQUEST** <br><br> Courtroom: 9C <br> Date: October 28, 2024 <br> Time: UNDER SUBMISSION |

1  Pursuant to Federal Rule of Evidence 201, Plaintiff Diece-Lisa Industries, Inc. ("DLI") respectfully requests this Court take judicial notice of three documents.

Attached hereto as **Exhibit I** is a true and correct copy of the complaint in *Disney Enterprises, Inc. v. Lancaster*, No. 2:12-cv-07347-DDP-JC (C.D. Cal. Aug. 27, 2012), ECF No. 1.

Attached hereto as **Exhibit J** is a true and correct copy of the Declaration of Marsha L. Reed in *Disney Enterprises, Inc. v. Lancaster*, No. 2:12-cv-07347-DDP-JC (C.D. Cal. Jan. 18, 2013), ECF No. 16.

This Court may properly take judicial notice of documents on file in federal or state courts as "undisputed matters of public record." *Harris v. Cnty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012).

Attached hereto as **Exhibit K** are true and correct copies of trademark registrations available from the United States Patent and Trademark Office.

Courts routinely take judicial notice of trademark registrations as "facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *City of Beverly Hills v. Berry*, 2014 WL 12597156, at *2 (C.D. Cal. Nov. 5, 2014) (citing Fed. R. Evid. 201(b)); *see also Bentley v. NBC Universal, LLC*, 2016 WL 10570587, at *2 (C.D. Cal. Sept. 28, 2016) (Hatter, J.) (taking judicial notice of trademark registration application status).

Respectfully submitted,

Dated: September 27, 2024

DTO LAW

By: /s/ William A. Delgado
     William A. Delgado

Attorneys for Plaintiff
DIECE-LISA INDUSTRIES, INC.