# Req. for Judicial Notice
# Ex. J
## Reed Decl.

```
1   J. Andrew Coombs (SBN 123881)
    andy@coombspc.com
2   Annie S. Wang (SBN 243027)
    annie@coombspc.com
3   J. Andrew Coombs, A Prof. Corp.
    517 East Wilson Ave., Suite 202
4   Glendale, California 91206
    Telephone: (818) 500-3200
5   Facsimile:  (818) 500-3201

6   Attorneys for Plaintiffs Disney
    Enterprises, Inc., DC Comics
7   and Sanrio, Inc.

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11                                        )
    Disney Enterprises, Inc., DC Comics and ) Case No. CV12-7347 DDP (JCx)
12  Sanrio, Inc.,                          )
                                           ) DECLARATIONS AND EXHIBITS
13                 Plaintiffs,             ) IN SUPPORT OF PLAINTIFFS'
                                           ) MOTION FOR DEFAULT
14        v.                               ) JUDGMENT
                                           )
15                                         ) Court: Hon. Dean D. Pregerson
    Jason Lancaster, an individual and d/b/a ) Date:  February 25, 2013
16  www.partyanimalsoc.com, et al.         ) Time:  10:00 a.m.
                                           )
17                 Defendant.              )
                                           )
18  ─────────────────────────────

19

20

...

28
```

**DECLARATION OF MARSHA L. REED**

I, MARSHA L. REED, declare as follows:

1. I am Vice President and Assistant Secretary for Disney Enterprises, Inc. ("DEI"), a position that I have held since 1999. I submit this Declaration in support of Plaintiffs' Motion for Entry of Default Judgment in the matter captioned <u>Disney Enterprises, Inc., et al. v. Lancaster</u>, Case No. CV 12-7347 DDR (JCx). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify as follows.

2. A significant aspect of DEI's business is the merchandising and licensing of distinctive and original elements associated with its motion pictures and television programs and other products, including the world-famous fanciful cartoon characters Mickey Mouse, Minnie Mouse, Winnie the Pooh, Tigger, Buzz Lightyear, Woody, Pluto, Goofy, and Handy Manny (collectively the "DEI Characters"). I am very familiar with licensed DEI products and am able to differentiate between authorized and unauthorized products and services that depict or use intellectual properties owned by DEI.

3. DEI is the successor-in-interest to and exclusive owner in the United States of all copyrights, trademarks, trade dress and other proprietary rights in and to each of the DEI Characters. Attached hereto as Exhibit B are true and correct copies of a sample of copyright registrations for the DEI Characters. DEI has complied in all respects with the laws governing copyright.

4. I have reviewed printouts from www.partyanimalsoc.com that I understand were provided by Holihan Law and that are attached hereto as Exhibit A to the Declaration of Hailey Peterson. Exhibit A depicts Mickey Mouse, Minnie Mouse, Winnie the Pooh, Tigger, Buzz Lightyear, Woody, Pluto, Goofy and Handy Manny. DEI has not authorized these depictions. Defendant Jason Lancaster, an individual and d/b/a www.partyanimalsoc.com, is also not licensed by DEI to engage in any

activities, including the advertisement, sale or rental of costumes or for character parties featuring any of the DEI Characters.

5. On information and belief, the unauthorized use of the DEI Characters, as depicted in Exhibit A, has and will irreparably harm DEI.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16 day of January, 2013, at Burbank, California.

*[signature]*
MARSHA L. REED