# Req. for Judicial Notice

# Ex. K

## Trademark Registrations

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.10.02 06:07:41 -04'00'

# United States of America
### United States Patent and Trademark Office

# TINKER BELL

**Reg. No. 6,880,330**
**Registered Oct. 18, 2022**
**Int. Cl.: 24**
**Trademark**
**Principal Register**

Disney Enterprises, Inc. (DELAWARE CORPORATION)
IP Department - Trademark Group
500 South Buena Vista Street
Burbank, CALIFORNIA 91521

CLASS 24: Bath linen; bed blankets; children's blankets; curtains; throws

FIRST USE 1-5-2022; IN COMMERCE 1-5-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-363,769, FILED 03-29-2019



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office





# MISS PIGGY

| | |
|---|---|
| **Reg. No. 3,788,701** | THE MUPPETS STUDIO, LLC (DELAWARE CORPORATION) |
| **Registered May 11, 2010** | 500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521 |
| **Int. Cl.: 28** | FOR: DOLLS; COLLECTABLE TOY FIGURES; PLUSH TOYS; STUFFED TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50). |
| **TRADEMARK** | FIRST USE 12-0-2001; IN COMMERCE 12-0-2001. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.<br><br>SN 77-979,058, FILED 2-7-2008.<br><br>ANGELA M. MICHELI, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,170,195

**United States Patent and Trademark Office**  Registered Nov. 7, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## LIGHTNING MCQUEEN

DISNEY ENTERPRISES, INC. (DELAWARE CORPORATION)
500 SOUTH BUENA VISTA STREET
BURBANK, CA 91521

FOR: JACKETS; PANTS; T-SHIRTS; TANK TOPS; AND SANDALS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-9-2006; IN COMMERCE 6-9-2006.

SN 78-977,522, FILED 8-18-2003.

SOPHIA S. KIM, EXAMINING ATTORNEY