UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIECE-LISA INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISNEY ENTERPRISES, INC., et al.,<br><br>Defendants. | 2:20-CV-09147-TJH-JCx<br>Hon. Terry J. Hatter, Jr.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DIECE-LISA INDUSTRIES, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS WALT DISNEY STUDIOS MOTION PICTURES AND BUENA VISTA HOME ENTERTAINMENT, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND, ALTERNATIVELY, RULE 56(d) REQUEST**<br><br>Courtroom: 9C<br>Date: Oct. 28, 2024<br>Time: UNDER SUBMISSION |

1  Before the Court is Plaintiff Diece-Lisa Industries, Inc.'s Request for Judicial
2  Notice in Support of its Opposition to Defendants Walt Disney Studios Motion
3  Pictures and Buena Vista Home Entertainment, Inc.'s Motion for Partial Summary
4  Judgment and, Alternatively, Rule 56(d) Request.  The Court, having considered
5  the Request for Judicial Notice and all papers and arguments in support and
6  opposition, and good cause appearing therefor, hereby GRANTS the Request for
7  Judicial Notice.

Dated: _____    _____
                                                                  Hon. Terry J. Hatter, Jr.
                                                                  Senior United States District Judge