UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL    JS-5

| Case No. | CV 20-9147-TJH(JCx) | Date | OCTOBER 17, 2024 |
|---|---|---|---|

| Title | Diece-Lisa Industries, Inc. v. Disney Store USA et al |
|---|---|

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, this case is hereby reopened pursuant to the Order from the Ninth Circuit Court of Appeals [378] remanding this case.

IT IS SO ORDERED.

cc: all parties