William A. Delgado (SBN 222666)
  wdelgado@dtolaw.com
Megan O'Neill (SBN 220147)
  moneill@dtolaw.com
DTO LAW
915 Wilshire Boulevard, Suite 1950
Los Angeles, California 90017
Telephone:  (213) 335-6999
Facsimile:   (213) 335-7802

Richard L. Schwartz (admitted *pro hac vice*)
  rschwartz@whitakerchalk.com
Whitaker Chalk Swindle & Schwartz PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0524
Facsimile:  (817) 878-0501

Attorneys for Plaintiff
DIECE-LISA INDUSTRIES, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIECE-LISA INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISNEY ENTERPRISES, INC., et al.,<br><br>Defendants. | Case No. 2:20-CV-09147-TJH-JCx<br>Hon. Terry J. Hatter, Jr.<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF FINAL PRE-TRIAL CONFERENCE FOR GOOD CAUSE SHOWN**<br><br>Courtroom: 9B<br>Date: Under Submission<br><br>Trial Date:    None Set |

1026696

JOINT STIPULATION REQUESTING CONTINUANCE OF FINAL PRE-TRIAL CONFERENCE

Pursuant to Local Rule 7-1, Plaintiff Diece-Lisa Industries, Inc. ("DLI") and Defendants Disney Store USA, LLC; Disney Shopping, Inc.; Disney Enterprises, Inc.; Disney Consumer Products, Inc.; Buena Vista Home Entertainment, Inc.; Buena Vista Theatrical Group, Ltd.; Disney Destinations, LLC; Disney Interactive Studios, Inc.; Disney Book Group, LLC; Magical Cruise Co., Ltd.; Magic Kingdom, Inc.; Walt Disney Parks & Resorts U.S., Inc.; Walt Disney Records; and Walt Disney Studios Motion Pictures (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on January 20, 2026, the Court denied Defendants Walt Disney Studios Motion Pictures ("WDSMP") and Buena Vista Home Entertainment, Inc.'s ("BVHE") Motion for Partial Summary Judgment (the "January 20 Order," ECF No. 448);

WHEREAS, on February 3, 2026, WDSMP and BVHE filed a motion for reconsideration of the January 20 Order, including an alternative request for certification under 28 U.S.C. § 1292(b) (the "Motion for Reconsideration," ECF No. 452);

WHEREAS, pursuant to this Court's Law and Motion Procedures, the Motion for Reconsideration will be taken under submission as of April 6, 2026;

WHEREAS, on February 3, 2026, this Court scheduled a Final Pre-Trial Conference pursuant to Federal Rule of Civil Procedure 16 for May 4, 2026 (ECF No. 450);

WHEREAS, the scheduled Final Pre-Trial Conference date corresponds to, *inter alia*, the following default deadlines:

//

//

//

JOINT STIPULATION REQUESTING CONTINUANCE OF FINAL PRE-TRIAL CONFERENCE

| Date | Deadline | Rule |
|------|----------|------|
| 3/25/2026 | Deadline to supplement expert disclosures and reports | L.R. 16-2.4 |
| 4/13/2026 | Deadline to (1) file and serve memorandum and contentions of fact and law and (2) submit witness lists and joint exhibit lists | L.R. 16-4, 16-5, 16-6.1 |
| 4/27/2026 | Deadline to lodge proposed final pretrial conference order and objections to exhibits and witness designations | ECF No. 450 |

WHEREAS, while DLI reserves all rights to oppose the pending Motion for Reconsideration and intends to do so, the Motion presents an uncertainty as to the parties proceeding to trial;

WHEREAS, furthermore, Defendants are in the process of gathering updated financial information relevant to DLI's damages calculations and anticipate providing such information will take 1–2 months;

WHEREAS, upon receiving Defendants' updated financial information, DLI will need additional time to prepare an updated damages expert report;

WHEREAS, upon receiving DLI's updated damages expert report, Defendants will need time to prepare a rebuttal expert report with respect to damages;

WHEREAS, no depositions of any of the five previously identified experts across both parties have yet been conducted;

WHEREAS, given the pending Motion for Reconsideration, outstanding financial discovery, and ongoing expert discovery, certain information necessary for the preparation of pre-trial filings is not known or available to the Parties at this time;

JOINT STIPULATION REQUESTING CONTINUANCE OF FINAL PRE-TRIAL CONFERENCE

WHEREAS, given the pending Motion for Reconsideration, outstanding financial discovery, and ongoing expert discovery, it will not be feasible for the Parties to meet certain pre-trial deadlines, including those identified above; and

WHEREAS, to give the Court sufficient time to rule on the Motion for Reconsideration, and to ensure the Parties have sufficient time to conduct expert discovery and meet all necessary deadlines in advance of the Final Pre-Trial Conference, the Parties seek to continue the Final Pre-Trial Conference until August 17, 2026.

**NOW, THEREFORE,** DLI and Defendants, through their undersigned counsel, hereby stipulate and respectfully request the Court continue the Final Pre-Trial Conference until August 17, 2026.

Respectfully submitted,

Dated:  March 13, 2026

DTO LAW

By: */s/ William A. Delgado*
William A. Delgado

Attorneys for Plaintiff
DIECE-LISA INDUSTRIES, INC.

Dated:  March 13, 2026

HUESTON HENNIGAN LLP

By: */s/ Robert N. Klieger*
Robert N. Klieger

Attorneys for Defendants

1026696

4

JOINT STIPULATION REQUESTING CONTINUANCE OF FINAL PRE-TRIAL CONFERENCE

## ATTESTATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all other signatories listed and on whose behalf this filing is made concur in the filing of this document and have authorized the use of an electronic signature.

Dated: March 13, 2026

*/s/ William A. Delgado*
William A. Delgado

Attorneys for Plaintiff
DIECE-LISA INDUSTRIES, INC.

JOINT STIPULATION REQUESTING CONTINUANCE OF FINAL PRE-TRIAL CONFERENCE